

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2020

No. 04-20-00007-CV

**AKF GROUP LLC**,
Appellant

v.

Keath **GARRISON** and Kassie Garrison, Individually and as Next Friend of Karrah Garrison and Maycie Garrison, Minors; Haela Garrison; Ernest D. Copelin, Individually and as Representative of the Estate of Roper T. Nathon Copelin, Deceased' and Tangela M. Copelin, Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellees' briefs are due on February 18, 2020.  *See* TEX. R. APP. P. 38.6(b).  Before the due date, Appellees filed opposed motions for a thirty-day extension of time to file Appellees' briefs until March 19, 2020.

Appellees' motions are GRANTED.  Appellees' briefs are due on March 19, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court